VICTOR L. WOODHULL, *ET AL.*, PLAINTIFFS-RESPOND-ENTS, v. J. RAYMOND MANAHAN, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Porzio, Bromberg & Newman, Messrs. Riker, Danzig, Scherer & Brown* and *Mr. Alvin Weiss* for the petitioners.

*Messrs. Corbin, Hoyt & Watson* for the respondents.

July 3, 1964.

THE OHIO CASUALTY INSURANCE COMPANY, *ET AL.*, PLAINTIFFS-PETITIONERS, v. PAUL W. FLANAGIN, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Curcio & Donio* and *Mr. H. Hurlburt Tomlin* for the petitioners.

*Messrs. Arkus & Cooper* for the respondents.